# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>DEONTAY R. EILAND<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:20-MJ-2196<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____September 2, 2020____ in the county of ____Knox/Anderson____ in the ____Eastern____ District of ____Tennessee____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A). | Combine, conspire, confederate, and agree with others to knowingly, intentionally and without authority, distribute 100 grams or more of a mixture and substance containing a detectable amount of carfentanil, a Schedule II controlled substance and analogue or fentanyl. |

This criminal complaint is based on these facts:
   See attached Affidavit of DEA Task Force Officer Bradley Robbins.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA TFO Bradley Robbins
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __9-3-2020__

_____
*Judge's signature*

City and state: ____Knoxville, Tennessee____

H. Bruce Guyton, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN THE MATTER OF A CRIMINAL COMPLAINT )
AND ARREST WARRANT FOR: ) 3:20-MJ-2196
 )
DEONTAY R. EILAND )

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Bradley Robbins, being duly sworn, deposes and says:

### INTRODUCTION AND AGENT BACKROUND

1. I am a Task Force Officer ("TFO") with the Drug Enforcement Administration ("DEA"), United States Department of Justice. I have also been employed as a Tennessee Highway Patrolmen with the Tennessee Highway Patrol ("THP") since 2013. I have been involved in the field of law enforcement for more than twelve years. In my current assignment as a TFO with the DEA, I am charged with the investigation of criminal conduct in violation of Title 21 of United States Code as well as related criminal acts, such as money laundering and firearms offenses. I have served as the case agent in the execution of multiple search and arrest warrants during my service and have also worked with other law enforcement officers in their investigations.

2. This affidavit is submitted in support of an application for arrest warrant of DEONTAY R. EILAND, 29 years old, of Detroit, MI.

3. This affidavit is based upon my training and experience, and information obtained from other law enforcement officers and agents involved in this investigation. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the

1

facts that I believe are necessary to establish probable cause to demonstrate that EILAND, conspired to distribute 100 grams or more of a mixture and substance containing a detectable amount of carfentanil, a Schedule II controlled substance and analogue of fentanyl, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A).

## RELEVANT STATUTES

4. As noted above, this investigation concerns alleged violations of the following statutes:

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B) and 841(b)(1)(C) – Conspiracy to distribute Carfentanil, a Schedule II controlled substance and analogue of fentanyl.

## PROBABLE CAUSE

5. On Wednesday, September 2, 2020, THP Trooper Jeffery Clowers observed a blue Nissan Altima traveling southbound in the left lane on Interstate 75 in the area of the 125-mile marker traveling 60 mph impeding the flow of multiple cars in a 65 mph zone. As Trooper Clowers approached the vehicle, he observed the vehicle fail to maintain the left driving lane by drifting over the left fog line before making a quick lane change to the right lane less than a car length from another vehicle in front of it. Trooper Clowers initiated a traffic stop on the vehicle and made contact with the single occupant, Deontay R. Eiland (hereinafter referred to as "EILAND"), of the vehicle via the passenger side window.

6. Upon contact with EILAND, Trooper Clowers noticed a strong odor of marijuana in the car. Trooper Clowers asked EILAND why he was in the Knoxville area, and he responded by stating he was going to Knoxville to visit his girlfriend. He stated that he still lived in Detroit, MI. Trooper Clowers asked EILAND to step out of his vehicle, while he performed a license check. A check of EILAND's license showed a valid driver's status. Trooper Clowers detained

the driver based on suspicion of drug possession and began a vehicle search. An iPhone was located near the front cup holder and a flip phone was located in the center console compartment along with a small bag of a green leafy substance believed to be marijuana. The rear seats of the vehicle contained a duffle bag of clothing. The trunk of the vehicle was empty. Based on his training and experience, Trooper Clowers then raised the hood on the car, as this is a common area of drug traffickers to hide contraband. Under the hood, Trooper Clowers discovered a small clear bag containing a tan substance in chunks near the driver side hood hinge area. EILAND was placed under arrest, was read Miranda rights, and asked if he understood them. He stated he did. EILAND was then asked if he understood why he was under arrest. He nodded his head up and down momentarily. Trooper Clowers asked him about the flip phone and EILAND stated he had found it. Trooper Clowers seized the suspected drugs and cellphones and transported EILAND to the Anderson County Jail. I, along with other law enforcement, arrived at the Anderson County Jail, weighed the seized drugs totaling approximately 3.5 ounces, and a TruNarc machine was used to test the tan substance. The device indicated the substance contained Carfentanil, a Schedule II controlled substance.

7. I, along with DEA TFO Nathan Stinnett, then conducted an interview of EILAND at the Anderson County Jail. TFO Stinnett read Miranda rights to EILAND. EILAND initially did not want to speak with law enforcement, but then voluntarily changed his mind and wanted to discuss the situation. EILAND signed the Miranda rights form agreeing to speak to law enforcement. EILAND stated that the vehicle he was stopped in was left in his driveway by a black male he calls "Blue." EILAND stated he did have a "girl" in Knoxville, but that he was coming to Knoxville, because Blue was going to pay him $5,000 to drive the vehicle to Knoxville, TN with the "stuff in it." EILAND identified Blue as Marun Henderson (hereinafter

referred to as "HENDERSON"). HENDERSON was an individual known to law enforcement that was also stopped by law enforcement on March 16, 2020, on Interstate 75 in Campbell County, TN, driving southbound and charged with possession of drugs and a firearm.

## CONCLUSION

8. Based on the foregoing, I respectfully submit there is probable cause to establish that DEONTAY R. EILAND conspired to distribute Carfentanil, a Schedule II controlled substance and analogue of fentanyl.

*[signature]*
Bradley Robbins
Task Force Officer
DEA

SUBSCRIBED and SWORN before me this 3 day of September, 2020

*[signature]*
H. BRUCE GUYTON
UNITED STATES MAGISTRATE JUDGE