DEA-ROBBINS

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

RECEIVED BY:
DATE: 9/3/2020 TIME: 300
U.S. MARSHAL E/TN
KNOXVILLE, TN

| United States of America | | |
| v. | ) | Case No. ~~3:20-CR-~~ 3:20-MJ-2196 |
| | ) | |
| | ) | |
| DEONTAY R. EILAND | ) | |
| _Defendant_ | ) | |

**FILED**

SEP - 9 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   DEONTAY R. EILAND                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment     ❐ Superseding Indictment     ❐ Information     ❐ Superseding Information     ☑ Complaint
❐ Probation Violation Petition     ❐ Supervised Release Violation Petition     ❐ Violation Notice     ❐ Order of the Court

This offense is briefly described as follows:
Conspiracy to distribute 100 grams or more of a mixture and substance containing a detectable amount of carfentanil, a
Schedule II controlled substance and analogue of fentanyl; 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A).

Date:     09/03/2020

_Bruce Guyton_
_Issuing officer's signature_

Bruce Guyton, U.S. Magistrate Judge

City and state:     Knoxville, Tennessee

~~Bradley Robbins, DEA TFO~~
_Printed name and title_

| **Return** |
|---|
| This warrant was received on _(date)_ 9/3/2020 , and the person was arrested on _(date)_ 9/3/2020 at _(city and state)_ Anderson, TN            . |
| Date: 9/3/2020                _Bradly Robbins_ <br> _Arresting officer's signature_ <br><br> Bradley Robbins TFO <br> _Printed name and title_ |

F.D.: 114109024                                        2024-0904-19164-Z